UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELADIO CRUZ, INDIVIDUALLY AND ON BEHALF OF HIS MINOR CHILD, MELISSA CRUZ | NO. 2:14-cv-02015 |
| VERSUS | JUDGE: FELDMAN |
| TRACY FULTON, PAUL DIMITRI, AND THE CITY OF NEW ORLEANS, DEPARTMENT OF POLICE | MAGISTRATE: VAN MEERVELD |

PLAINTIFF'S TRIAL MEMORANDUM

MAY IT PLEASE THE COURT:

The plaintiffs hereby submit the following Trial Memorandum, pursuant to the Orders of the Court.

### THE ENTIRELY DIFFERENT CLAIMS AND CAUSES OF ACTION AS TO THE CITY AND TO FULTON SHOULD REQUIRE A SEPARATE VERDICT ENTRY FOR EACH DEFENDANT

As to the defendant "City of New Orleans," this case presents a negligent hiring and retention claim, which is ancillary to the civil rights claims against the City which the Court dismissed. As to defendant Tracy Fulton, this is a civil rights claim pursuant to 28 U.S.C § 1343(2), as well as ancillary Louisiana causes of action on account of intentional delicts.

As the claims and causes of action against the City arise from negligence and the claims and causes of action against Fulton are intentional, as civil rights claims are necessarily intentional, their fault cannot be compared. Fulton may also be liable for attorney's fees and especially punitive damages. The verdict form should so state with the damage form and charges making certain that there can be no double recovery. Separate questions on the verdict form should be used for each defendant and only for the particular causes of action alleged by the plaintiffs against that particular defendant.

1

Case 2:14-cv-02015-MLCF-JVM   Document 91   Filed 09/23/16   Page 2 of 3

**REQUESTED JURY CHARGES**

Every proposed jury charge includes the source of the charge. All charges are from well-established sources, such as the Fifth Circuit Pattern, the Federal Jury Charges treatise, and Alston Johnson. The Court should advise if it desires further authority or other briefing.

    Respectfully submitted,

    KOERNER LAW FIRM
    /s/ Louis R. Koerner, Jr.
    Louis R. Koerner, Jr.
    Louisiana Bar 7817
    1204 Jackson Avenue
    New Orleans, Louisiana 70130
    P.O. Box 4297
    Houma, Louisiana 70361
    Telephone: 985-580-0350
    New Orleans: 504-581-9569
    e-mail: koerner@koerner-law.com

    AND

    **ADAM S. LAMBERT (LA #25134)**
    3531 Plymouth Place
    New Orleans, LA 70131
    Phone: (504) 433-0289
    Fax: (504) 433-0840
    Email: LSULawyer@aol.com

    AND

    **CHELSEA D. DAZET (LA #33798)**
    221 E. Kirkland Street
    Covington, Louisiana 70433
    Phone: (985) 249-6100
    Fax: (985) 249-5900
    Email: chelseadazet@yahoo.com
    *Attorneys for plaintiffs, Eladio Cruz, et al*

2

## CERTIFICATE

  I hereby certify that a copy of the foregoing pleading has been served upon all interested counsel by ECF filing on September 23, 2016.

                <u>/s/Louis R. Koerner, Jr.</u>
                Louis R. Koerner, Jr.