**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ELADIO CRUZ, INDIVIDUALLY AND ON BEHALF OF HIS MINOR CHILD, MELISSA CRUZ** | **NO. 2014-2015** |
| **VERSUS** | **JUDGE: FELDMAN** |
| **TRACY FULTON, PAUL DIMITRI, AND THE CITY OF NEW ORLEANS, DEPARTMENT OF POLICE** | **MAGISTRATE: van MEERVELD** |

**MOTION FOR TESTIMONY OF WITNESS BY CONTEMPORANEOUS TRANSMISSION FROM A DIFFERENT LOCATION**

NOW INTO COURT, through undersigned counsel, comes Plaintiff Eladio Cruz, individually and on behalf of his minor child, Melissa Cruz, who respectfully represents that:

1. Margarita Pacheco of 8514 Forshey Street, New Orleans, Louisiana 70118, was the neighbor of the Cruz family at the time of the September 4, 2013 incident that is the subject of this suit.

2. Ms. Pacheco witnessed the series of events as they unfolded between Mr. Cruz and Defendant, Tracy Fulton, on September 4, 2013.

3. Ms. Pacheco has a severely handicap daughter whom is bed ridden and whom she cares for 24/7. She does not leave her daughter unattended, and it is rare that Ms. Pacheco even leave her house.

4. Pursuant to Federal Rule of Procedure 43(a), Plaintiff requests that this court permit testimony in open court by contemporaneous transmission from a different location; i.e., undersigned counsel will set up a Skype account for Ms. Pacheco to log in to from her home when it is her turn to testify.

5. Ms. Pacheco also only speaks Spanish, and a translator (addressed in Plaintiff's Motion for Appointment of Interpreter) will also be required to translate her testimony.

6. Eric Hessler, counsel for Defendant, Tracy Fulton, has stated they have no objections to this motion.

Respectfully Submitted,

/s/ Louis R. Koerner, Jr.
Louis R. Koerner, Jr.
Louisiana Bar 7817
1204 Jackson Avenue
New Orleans, Louisiana 70130-5130
P.O. Box 4297
Houma, Louisiana 70361-4297
(985) 580-0350 (Houma)
(504) 581-9569 (New Orleans)
(504) 405-1411 (Cell)
(504) 324-1798 (Fax)

/s/ Adam S. Lambert
Adam S. Lambert
Louisiana Bar 25134
3531 Plymouth Place
New Orleans, Louisiana 70131
Phone: (504) 433-0289
Fax: (504) 433-0840

/s/ Chelsea D. Dazet
Chelsea D. Dazet
Louisiana Bar 33798
221 E. Kirkland Street
Covington, Louisiana 70433
Phone: (984) 249-6475
Fax: (985) 249-6474

COUNSEL FOR PLAINTIFFS

## **CERTIFICATE**

I hereby certify that a copy of the foregoing pleading has been served upon all interested counsel by ECF filing on September 24, 2016.

/s/Louis R. Koerner, Jr.
Louis R. Koerner, Jr.