```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

ELADIO CRUZ, INDIVIDUALLY                           CIVIL ACTION
AND ON BEHALF OF HIS MINOR CHILD,
MELISSA CRUZ
V.                                                  NO. 14-2015

TRACY FULTON                                        SECTION "F"

### ORDER

A show cause hearing for plaintiff's counsel to show why they should not be held in contempt of Court, for violating 28 U.S.C. § 1927, is scheduled before the Court for Thursday, December 8, 2016 at 10:30 a.m.

IT IS ORDERED: that the plaintiff's counsel have no more than 30 minutes, in total, to show cause at this hearing.

New Orleans, Louisiana, December 7, 2016

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE

1