UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


ELADIO CRUZ                    *        14-CV-2015
                               *
versus                         *        Section F
                               *
TRACY FULTON, et al.           *        December 8, 2016
                               *
*  *  *  *  *  *  *  *  *  *  *  *  *  *  *


SHOW CAUSE HEARING BEFORE THE
HONORABLE MARTIN L.C. FELDMAN
UNITED STATES DISTRICT JUDGE


<u>Appearances</u>:

For Eladio Cruz:              Koerner Law Firm
                              BY:  LOUIS R. KOERNER JR., ESQ.
                              Post Office Box 4297
                              Houma, Louisiana 70361


For Eladio Cruz:              ADAM S. LAMBERT, ESQ.
                              3531 Plymouth Place
                              New Orleans, Louisiana 70131


For Eladio Cruz:              CHELSEA D. DAZET, ESQ.
                              221 East Kirkland Street
                              Covington, Louisiana 70433


For Tracy Fulton:             ERIC J. HESSLER, ESQ.
                              2802 Tulane Avenue, Suite 102
                              New Orleans, Louisiana 70119

```
Official Court Reporter:        Toni Doyle Tusa, CCR, FCRR
                                500 Poydras Street, Room B-275
                                New Orleans, Louisiana 70130
                                (504) 589-7778




Proceedings recorded by mechanical stenography using
computer-aided transcription software.
```

### <u>INDEX</u>

|  | <u>Page</u> |
|---|---|
| Anne Parr | |
|     Direct Examination By Mr. Koerner | 14 |
|     Cross-Examination By Mr. Lambert | 20 |
| | |
| Laura Savoie | |
|     Direct Examination By Mr. Koerner | 25 |
|     Cross-Examination By Mr. Lambert | 27 |

<u>**PROCEEDINGS**</u>

**(December 8, 2016)**

1

2

3          **THE COURT:**  Call the case, please.

4          **THE DEPUTY CLERK:**  Civil Action 14-2015, *Eladio Cruz*

5   *v. Tracy Fulton, et al.*

6          **THE COURT:**  Enter your appearances, Counsel.

7          **MR. KOERNER:**  Louis R. Koerner Jr., on behalf of a

8   myself, and still one of the co-counsel for plaintiffs.

9          **MR. LAMBERT:**  Adam S. Lambert, Your Honor.

10          **MS. DAZET:**  Chelsea Dazet on behalf of myself.

11          **THE COURT:**  Thank you.  This is here on a rule to

12   show cause why civil contempt should not be imposed by the

13   Court as a result of delays that resulted in the Court being

14   required to continue the case so that counsel could timely

15   prepare for the trial.

16               I'm familiar with your papers.  You have

17   30 minutes.  I only want to hear anything new.  I don't want to

18   hear anything that's repeated in your papers.  So let me tell

19   you how I see this at this moment, and then I will be happy to

20   hear from all of you.

21               We are here because in this case, in trial

22   preparation, there was a failure to timely initiate meetings

23   with counsel for the defendant in order to prepare for trial.

24   There was no benchbook of exhibits that was given to the other

25   side.  There was no exchange of exhibits.  There was a wholly

10:30

1    improper request for an interpreter in a civil case.  That

2    request, even had it been proper, was made during the week of

3    trial.

4                    The only explanation that has been given to the

5    Court is that Mr. Koerner was out of the country, but he agreed

6    to the trial date and the pretrial schedule when he was brought

7    into the case.  Now, as I understand it, Mr. Koerner tries to

8    shift the blame to Mr. Lambert and Ms. Dazet.  As far as I can

9    tell from the papers, Mr. Lambert and Ms. Dazet were not

10   responsible for any of the delays.  They were wholly

11   handicapped by Mr. Koerner's conduct.

12                    I'll hear from everybody briefly.

13            MR. KOERNER:  I have detailed e-mails back and forth

14   I think would illuminate the Court that I've given to the other

15   side.

16            THE COURT:  How will it illuminate the Court?

17            MR. KOERNER:  Because they specifically reference

18   back and forth who ran the show insofar as exhibits are

19   concerned.

20            THE COURT:  Tell me what your argument is.

21            MR. KOERNER:  Okay.

22            THE COURT:  How dare you bring a batch of papers in

23   at the last minute.  That's typical of you, Mr. Koerner, and

24   I'm not going to permit it.  Tell me how you are not in

25   contempt of this Court.

1          MR. KOERNER:  Okay.

2          THE COURT:  I just finished telling you I'm familiar

3     with your papers.

4          MR. KOERNER:  Okay.  Adam Lambert was basically in

5     charge of the exhibits.

6          THE COURT:  Of what?

7          MR. KOERNER:  He was in charge of the exhibits.  He

8     handled exhibits.  He put them on Dropbox.  He told my office

9     what to do.  When my office --

10         THE COURT:  I thought you were brought in the case

11    because you're supposedly an expert in federal litigation.

12         MR. KOERNER:  Yeah, but I don't do clerical work.  I

13    just make sure --

14         THE COURT:  That's not clerical work.  It's

15    professional work.

16         MR. KOERNER:  Okay.  He was delegated to handle the

17    exhibits.  Over the weekend he provided exhibits.  He told my

18    office and I have --

19         THE COURT:  Where were you?

20         MR. KOERNER:  I was in Dominique in the --

21         THE COURT:  When you took this case, you knew the

22    trial schedule.

23         MR. KOERNER:  Yes, but I --

24         THE COURT:  You knew the pretrial schedule.  When my

25    law clerk spoke with you, she asked you why counsel didn't have

10:33

1  a benchbook.  You said, "Why does the Judge need it?  He is not

2  in town," because I was in Washington on duty for the FISA

3  court.  That's what you said to my law clerk.

4          **MR. KOERNER:**  Okay.  I don't know why we were told

5  not to provide a benchbook timely or to provide a benchbook to

6  Mr. Hessler.  I'm experienced counsel.  We always provide

7  benchbooks to everybody.

8                  I had very little in the way of internet

9  connection.  I had a hard time.  I fell three times.

10         **THE COURT:**  You what?

11         **MR. KOERNER:**  I fell three times.

12         **THE COURT:**  Did you notify the Court of your

13  problems?  Did you ask the Court for a continuance of this

14  trial because you had trouble preparing or because you were

15  ill --

16         **MR. KOERNER:**  No, I did not.

17         **THE COURT:**  -- or because you had even a trip that

18  conflicted, even though you knew of the schedule?  No, you did

19  not.

20         **MR. KOERNER:**  Okay.  I expected to have better

21  internet connection.  I prepared and filed almost all the

22  pleadings from the South Caribbean.  I was able to do that.  I

23  talked to your law clerk on a number of occasions.

24                  I couldn't understand why my office wasn't

25  instructed to give extra copies.  300 pages takes 10 minutes

10:34

1    for us to do.  Anne Parr, who is here, Laura Savoie, and Sara,

2    they are all witnesses to the instructions that we received

3    from Adam Lambert not to do that, this was a minor case.

4                   "We are not going to make any money.  Do not

5    prepare a benchbook for the other side.  Give them electronic

6    copies."

7                   I was baffled.

8            THE COURT:  So you were involved in frivolous

9    litigation?  Is that your admission?

10           MR. KOERNER:  No, sir.  This is Adam Lambert's case.

11           THE COURT:  It was a minor case and you were not

12   going to make any money.

13           MR. KOERNER:  I didn't say that.

14           THE COURT:  You just said it.

15           MR. KOERNER:  This is what Anne Parr was told by Adam

16   Lambert, not by me.

17           THE COURT:  And yet you continued to participate.

18           MR. KOERNER:  I continued to participate because I

19   had an obligation to the Court and to the client, who I had

20   never met.

21           THE COURT:  Whether you have discharged your

22   obligation to the Court or the client or your profession is why

23   you are here right now.

24           MR. KOERNER:  That's right.  On the other hand, my

25   office was willing to do whatever Adam Lambert said.

10:35

1    **THE COURT:**  So it's Adam Lambert's fault?

2    **MR. KOERNER:**  Yes, it's Adam Lambert's fault.

3    **THE COURT:**  Okay.  Let me hear from Mr. Lambert.

4    **MR. KOERNER:**  I have --

5    **THE COURT:**  Let me hear from Mr. Lambert.

6    **MR. KOERNER:**  I would like to proffer these, if

7    Your Honor please.

8    **THE COURT:**  You can proffer them.  They are late and

9    untimely.  I asked you to tell me something that I don't know

10   that's already in the papers, and everything you have said thus

11   far, including what is in that so-called batch of untimely

12   material, is nothing new than what you have submitted to the

13   Court already.  You may make a proffer, and you can call it

14   Koerner 1.

15   **MR. KOERNER:**  Okay.

16   **THE COURT:**  Mr. Lambert.

17   **MR. LAMBERT:**  Your Honor, I don't know why --

18   **THE COURT:**  Are you responsible for all this?

19   **MR. LAMBERT:**  No, sir.

20   **THE COURT:**  Did you tell Mr. Koerner that you were

21   going to do the benchbook?

22   **MR. LAMBERT:**  No, sir.  Never.

23   **THE COURT:**  Did you tell Mr. Koerner that you would,

24   in discharge of your own professional courtesy, get in touch

25   with defense counsel and work out exhibit exchanges?

10:36

1     **MR. LAMBERT:**  No, sir.  As a matter of fact,
2  Mr. Hessler is here, and he will tell the Court I never called
3  his office.  I never spoke to him.  I never even spoke to
4  Mr. Hessler because I wasn't the trial counsel, and it was
5  Mr. Koerner's job.
6        **THE COURT:**  As I understand it, you didn't feel
7  comfortable litigating in federal court.  You were of the
8  belief, whether correct or not, that Mr. Koerner was
9  experienced in federal court litigation.  Is that correct?
10       **MR. LAMBERT:**  That's exactly correct, Your Honor.
11       **THE COURT:**  Anything else?
12       **MR. LAMBERT:**  No, Your Honor.  I think everything
13  that I needed to say was in my affidavit.
14       **THE COURT:**  Ma'am.
15       **MS. DAZET:**  Good morning, Your Honor.  I would just
16  submit on the facts and laws that were in my declaration in my
17  reply memorandum.  I would just stress and emphasize that none
18  of this is Mr. Cruz' fault.  He is blameless.
19       **THE COURT:**  Mr. Koerner, I haven't called on you yet.
20  Sit down.
21       **MS. DAZET:**  To dismiss the case would be very unfair
22  to him.  As you probably read in the pleadings, the
23  assembling/gathering of the benchbook was not something that
24  was my responsibility.  I think both of my co-counsel have
25  stated and acknowledged that it was not my fault.

1    **THE COURT:**  Do you have any comments about what

2  Mr. Lambert just said about it was not his responsibility to do

3  any of the lead things that Mr. Koerner is now shifting to him?

4    **MS. DAZET:**  I do have limited personal knowledge.  I

5  wasn't part of their conversations, but it was my understanding

6  that Mr. Lambert was to gather the exhibits, put them together,

7  and then the books were to be assembled by Mr. Koerner's

8  office.

9    I do want to say what's happened is my biggest

10  nightmare, just the actions or inactions we do as attorneys

11  filter down to our client, and Mr. Cruz is the one bearing all

12  this.  I would ask the Court not to dismiss his case and to not

13  hold me in contempt so I can continue to try to protect and

14  help my client.

15    **THE COURT:**  Let me hear from Mr. Hessler.

16    **MR. HESSLER:**  Right here, Your Honor.

17    **THE COURT:**  Let me hear from you.  Y'all are lawyers.

18  I'm not going to put you under oath.

19    I'm immensely concerned about the manner in

20  which this case was handled.  You represent the defendant.

21    **MR. LAMBERT:**  That's correct, Your Honor.

22    **THE COURT:**  Tracy Fulton, Paul Dimitri, and the

23  New Orleans Police Department; is that correct?

24    **MR. HESSLER:**  I represented only Tracy Fulton, the

25  defendant who was acting in a civilian capacity at the time, I

10:39

1   believe.

2           THE COURT:   You have heard this point counterpoint.

3   Let me hear from you before I ask you any questions.

4           MR. HESSLER:   Well, I have heard from all three

5   parties.  I appreciate the dilemma they were put in.  I was

6   there also.  I brought in another attorney to help me prepare

7   and prepare the documents.  I did not speak to Mr. Lambert

8   about this case, especially during that phase.  I might have

9   spoken with him prior to that, but certainly not within --

10          THE COURT:   Who did you deal with?

11          MR. HESSLER:   Mr. Koerner's office.

12          THE COURT:   You did?

13          MR. HESSLER:   Yes, sir.

14          THE COURT:   Not Mr. Lambert?

15          MR. HESSLER:   No, sir.

16          THE COURT:   Did you find that strange since

17  Mr. Koerner now claims that this was all Lambert's

18  responsibility?

19          MR. HESSLER:   I don't know what went on internally.

20  I can just tell you I did not speak with Mr. Lambert.  I spoke

21  with the female attorney, Ms. Dazet.  Towards the end, when

22  pressure was on, and we were trying to get everything done --

23          THE COURT:   Who, in your professional judgment, were

24  you responsible for contacting, as the defense counsel in this

25  case, in trial preparation?

1      **MR. HESSLER:**  My communications were solely with

2  Mr. Koerner's office.

3      **THE COURT:**  Do you have anything else you want to

4  add?

5      **MR. HESSLER:**  No, sir, Your Honor.

6      **THE COURT:**  Thank you very much for being here.

7          Mr. Koerner.

8      **MR. KOERNER:**  Your Honor, I have two witnesses.

9      **THE COURT:**  Pardon?

10      **MR. KOERNER:**  I have two witnesses.

11      **THE COURT:**  Who are they?

12      **MR. KOERNER:**  Anne Parr and Laura Savoie.  They are

13  the people who handled everything back and forth, talked to

14  Mr. Lambert, talked to Mr. Hessler's office, Rhonda in

15  Mr. Hessler's office, handled everything.  And Sara Vono, who

16  was present when the conversations took place.

17      **THE COURT:**  Well, you have 20 minutes now.  I have

18  another commitment.

19      **MR. KOERNER:**  That should be no problem.

20      **THE COURT:**  Let me hear from you.

21      **MS. DAZET:**  I did have personal knowledge of a

22  conversation Eric and I did have after all this happened.  We

23  did talk about it.  Mr. Hessler did say that he did believe

24  none of us did this intentionally.  I think that was maybe

25  something worth mentioning at this point.

10:41

1    **THE COURT:**  Briefly, I'll hear your two witnesses.

2    I'm going to separate one.  Call one, and the other one is

3    going to wait outside.

4              It's up to you, Mr. Koerner.  This is your

5    proceeding.  The other witness will step outside and is

6    instructed not to discuss this matter with anyone.

7              Step up here, please, ma'am.

8              You have five minutes Mr. Koerner.

9                          **ANNE PARR,**

10   having been duly sworn, testified as follows:

11        **THE DEPUTY CLERK:**  State your full name and correct

12   spelling for the record, please.

13        **THE WITNESS:**  Anne, A-N-N-E; Parr, P-A-R-R.

14        **MR. KOERNER:**  May I have the proffer for Ms. Parr.

15                   **DIRECT EXAMINATION**

16   **BY MR. KOERNER:**

17   **Q.**   You have heard the discussions here?

18   **A.**   Yes.

19        **THE COURT:**  Just ask her your questions.  She has

20   been in court.

21   **BY MR. KOERNER:**

22   **Q.**   Whose responsibility was it to prepare the exhibits?

23   **A.**   I understood that Adam Lambert was preparing the exhibits.

24   **Q.**   How do you know that?

25   **A.**   From the conversations and e-mails back and forth in the

10:42

1   days and the week before the trial was to take place.

2   **Q.**   With whom were these conversations?

3   **A.**   I spoke on the phone with Adam Lambert several times, with

4   Chelsea Dazet once or twice, and then there were e-mails.

5               **THE COURT:**  Did you talk to them about the benchbook

6   of exhibits?

7               **THE WITNESS:**  Yes, sir.

8               **THE COURT:**  What was that conversation about?

9               **THE WITNESS:**  On the Monday night of that week prior

10  to trial, I sent a text message to Adam Lambert saying as -- I

11  don't have it in front of me, something about is everything

12  done, what do we need to do.

13              He called my cell phone and we had a

14  conversation wherein he said, "Everything is done.  Turn off

15  your computer.  Go watch the Saints game.  Don't worry about

16  it.  Nothing needs to be done.  Everything is under control."

17              I said, "I'm worried about the scheduling order.

18  I'm looking at it.  I'm afraid we didn't do something."

19              He said, "Everything is done.  Turn off your

20  computer and stop working."

21              **THE COURT:**  Were you aware of the schedule before

22  that conversation?

23              **THE WITNESS:**  Yes, sir.

24              **THE COURT:**  Were you aware that Mr. Koerner was aware

25  of it?

10:44

1     **THE WITNESS:**  I was aware that we had received a
2     scheduling order and that dates were on the calendar.
3     **THE COURT:**  Who told you that Mr. Lambert was
4     responsible and not Mr. Koerner?
5     **THE WITNESS:**  Mr. Lambert had put exhibits into
6     Dropbox and had e-mailed exhibits and had sent an e-mail saying
7     that he -- may I read this one section?
8     **THE COURT:**  Yes.
9     **THE WITNESS:**  This is from Adam Lambert and he
10    says --
11    **THE COURT:**  What's the date?
12    **THE WITNESS:**  The date is Friday, September 23.  He
13    says (as read):  "Exhibits and benchbook.  I will start getting
14    the exhibits together, and Louis is going to put the benchbook
15    together when he returns.  Someone should probably call the
16    Court, and I say someone because I'm too" --
17    **THE COURT:**  So Mr. Koerner was supposed to put the
18    benchbook together?
19    **THE WITNESS:**  According to this.
20    **THE COURT:**  When he returned?
21    **THE WITNESS:**  When he returned.
22    **THE COURT:**  Yet he knew the schedule before he left.
23    **THE WITNESS:**  And I was afraid that it would be late.
24    I understood that there was an extension, but I was afraid it
25    would be late, so I jumped on it and tried to get it going.

10:45

1     **THE COURT:**  Anything else, Mr. Koerner?

2     **MR. KOERNER:**  Yes.

3  BY MR. KOERNER:

4  **Q.**   Now, did you receive a phone call from Laura Savoie, in my

5  New Orleans office, about how many copies of the benchbook and

6  what to do?

7  **A.**   The next morning, after speaking to Adam Lambert on the

8  Monday night on my cell phone, on the Tuesday morning Laura

9  called --

10     **THE COURT:**  The benchbook was due September 23.  When

11  did all this take place?

12     **THE WITNESS:**  This was the Monday and Tuesday --

13     **THE COURT:**  What date?

14     **THE WITNESS:**  I don't have the date in front of me.

15     **THE COURT:**  After the due date?

16     **THE WITNESS:**  The 25th and 26th.

17     **THE COURT:**  After the due date?

18     **THE WITNESS:**  I don't have the scheduling order in

19  front of me, but I will agree with you, yes, sir.

20     **THE COURT:**  Anything else?

21  BY MR. KOERNER:

22  **Q.**   So what happened in the conversation with --

23     **THE COURT:**  You have about three minutes,

24  Mr. Koerner.

25     **THE WITNESS:**  Laura called the Houma office where I'm

10:46

1    at and she said, "What do I need to do with the *Cruz* case?"  I
2    said we have to do this, this, and that.

3            **THE COURT:**  This is all after the due date, while
4    Mr. Koerner was away?

5            **THE WITNESS:**  It was while Mr. Koerner was away.  I
6    don't have the scheduling order in front of me, but I'm going
7    to agree with you.

8    **BY MR. KOERNER:**

9    **Q.**   Tell us about the conversation.

10   **A.**   Laura asked me what she needed to do.  I said, "We have to
11   get the benchbook to the Court."

12           She said, "How many copies?"

13           I looked at the phone and my phone was blinking and
14   it said Adam Lambert was calling.  I said, "Wait.  I will ask
15   Adam right now how many copies because I don't know."

16           So I hung up with Laura and I talked to Adam Lambert.
17   We talked about several things.  I said, "Oh, and how many
18   copies of the benchbook?"

19           He said, "Just one."

20           I said, "You sure, just one?  Because I thought we
21   needed more."

22           He said, "No, just one," and then that was it.  The
23   phone call ended.

24           So I called Laura back and I said, "Adam said just
25   one, so get one together and get it to the Court right away."

10:47

1    **THE COURT:**  Are you privy to any conversation or to

2    any piece of paper which confirms that Mr. Lambert had agreed

3    with Mr. Koerner that preparation of the benchbook and exchange

4    of exhibits was his responsibility?

5    **THE WITNESS:**  Was whose responsibility?

6    **THE COURT:**  Mr. Lambert's.  Are you aware of any

7    conversation or any piece of paper which confirms that?  You

8    have heard Mr. Lambert say that that's basically untrue.

9    **THE WITNESS:**  Yes, sir.  Are you asking about the

10   printing of the --

11   **THE COURT:**  I'm asking you whether you are aware of

12   any piece of paper or any oral conversation in which

13   Mr. Koerner and Mr. Lambert agreed that Mr. Lambert's

14   responsibility was the exchange of exhibits and the benchbook?

15   It's a very simple question.

16   **THE WITNESS:**  I'm not aware of anything about

17   Mr. Lambert printing because we were printing, but it was my

18   understanding that he was gathering all the exhibits.

19   **THE COURT:**  Your understanding is not my question.

20   Are you aware of any conversation or any piece of paper --

21   Mr. Koerner has proffered -- late, I might add, but he has

22   proffered several pieces of paper.  Are you aware of any piece

23   of paper that contradicts what Mr. Lambert told the Judge?

24   **THE WITNESS:**  I have not read through these, and

25   these are Mr. Koerner's e-mails.  I'm not privy to his e-mails.

10:48

1    **THE COURT:**  Anything else before I let them examine
2   Ms. Parr?
3    **MR. KOERNER:**  Yes.  I think that when Adam says
4   exhibits --
5    **THE COURT:**  I don't know what you are talking about.
6   I know what's in your papers.
7    **MR. KOERNER:**  Okay.
8    **THE COURT:**  You're supposedly an experienced federal
9   litigator.  Don't you know how to prove something?
10    **MR. KOERNER:**  Okay.  I offer particularly KLF-11,
11   which is September 23, 2016 --
12    **THE COURT:**  What does it say?  Bring it to her
13   attention, Mr. Koerner.
14    **MR. KOERNER:**  She read from it and he says, "I will
15   start getting the exhibits together."
16    **THE COURT:**  After the due date.  Let me hear from
17   Mr. Lambert.
18        You can examine her.  It's your position that
19   everything that has just been said is untrue?
20    **MR. LAMBERT:**  Yes, Your Honor.
21    **THE COURT:**  She is your witness now.
22                    **CROSS-EXAMINATION**
23   BY MR. LAMBERT:
24   **Q.**   Of all the dozens and dozens of e-mails that went out
25   during this time, that your office routinely sends out -- you

10:49

1    would admit that your office sends out a lot of e-mails,

2    correct?

3    **A.**    We communicate mainly by e-mail.

4    **Q.**    Can you find one e-mail where I ever said that it was

5    going to be my job to print and deliver the benchbook?

6    **A.**    No, not to print or deliver.  That was our job, printing

7    and delivering.

8    **Q.**    You mentioned that I texted you earlier, too, and said in

9    a text that I was going to do it.  Do you have this text?

10   **A.**    That is not what I said.  I said that I texted you and

11   that you called me.

12   **Q.**    Do you have that text?

13   **A.**    On my phone, which is in the Judge's chambers.

14   **Q.**    Did I respond to it and say that it was going to be my job

15   to do it?

16   **A.**    You did not text me back.  You called me.

17   **Q.**    Let me ask you this.  You said that when I called you up

18   and ordered you to stop printing the benchbook for Mr. Hessler

19   that you thought that was odd; is that correct?

20   **A.**    I never said that you said that.

21   **Q.**    What did you say that I told you?

22   **A.**    After I texted you and asked you about deadlines on the

23   scheduling order, you called me back and you said you were

24   watching the Saints game and that I should turn off my computer

25   and stop working.

**Q.**   So I told you to stop work, and did you not say that I
told you only print one, do not print one for Mr. Hessler?
Isn't that what you testified to?

**A.**   No.   The next morning, when I was talking to Laura, I hung
up to take your call.   We talked about several things.

I said, "Oh, Laura wants to know how many copies of
the benchbook?" and you told me one.

I said, "Just one?"

You said, "Yes, just one."

**Q.**   You thought that was odd?   You said you thought that was
odd?

**A.**   I just questioned you once.   I said, "Just one?"

You said, "Yes, just one," and so I told Laura just
one.

**Q.**   I'm not asking what you said.   It's a simple question.
Did you think that was odd, to only print one book?

**A.**   I thought that you had spoken to Mr. Hessler and because
we were waiting to Bates-stamp them, that you were going to
provide a Bates-stamped copy or we were going to provide a
Bates-stamped copy later.

**Q.**   I appreciate that, but it's not a response to my question.
Did you think it was odd that I told you, allegedly, to only
print one book?

**A.**   I thought it was odd that only one book would be printed,
but I thought that you had some kind of an agreement where

10:51

1    another one would be printed with the Bates stamps.

2    Q.   Since you said that you communicate via e-mail, you didn't

3    send out any e-mail to Mr. Koerner saying, "I think this is

4    odd, that Mr. Lambert just told me to only print one"?

5    A.   Mr. Koerner was not getting my e-mails.  He was getting

6    random e-mails.  They were just bouncing back or not going

7    through or whatever because --

8             THE COURT:  Why is that?

9             THE WITNESS:  Because he was out of the country, and

10   we were just having trouble communicating.

11            THE COURT:  Anything else?

12            MR. LAMBERT:  I would like to ask her a little bit

13   about this vacation.

14            THE COURT:  Briefly because I have another

15   commitment.

16   BY MR. LAMBERT:

17   Q.   Is it true that this vacation was scheduled after the

18   trial was scheduled?

19   A.   I have no idea.

20   Q.   Didn't he go on this vacation with a new girlfriend that

21   he had just started dating?

22   A.   He went with Ms. Sue.  I don't know that he just started

23   dating her.

24            THE COURT:  Well, is it your testimony that he was

25   unaware of the trial schedule?

10:52

1          THE WITNESS:  No, sir.

2          THE COURT:  Is it your testimony that he willingly

3   entered into this case even though he may have then decided to

4   go abroad or wherever Dominica is?

5          THE WITNESS:  He rarely ever takes vacations.  I've

6   been working for him for eight years and this may be the second

7   vacation.

8          THE COURT:  That's a shame.  I really feel sorry for

9   both of you.

10         THE WITNESS:  I don't know at what point he scheduled

11  it.

12         THE COURT:  Anything else?  Brief.

13         MR. KOERNER:  Laura Savoie, please.

14         THE COURT:  Pardon?

15         MR. KOERNER:  I call Laura Savoie.

16         THE COURT:  Thank you, Ms. Parr.

17         THE WITNESS:  Thank you.

18         THE COURT:  Go get her.

19              Ms. Parr, you can stay in court if you have the

20  stomach to do so.

21              Step up here, ma'am.

22                        LAURA SAVOIE,

23  having been duly sworn, testified as follows:

24         THE DEPUTY CLERK:  State your full name and correct

25  spelling for the record, please.

10:54

1           **THE WITNESS:**  Laura Savoie, L-A-U-R-A, S-A-V-O-I-E.

2                 **DIRECT EXAMINATION**

3 BY MR. KOERNER:

4 **Q.**   You are the file clerk and receptionist in my office?

5 **A.**   Yes.

6 **Q.**   Were you involved in the assembling and printing of the

7 exhibits?

8 **A.**   Yes.

9 **Q.**   Did you have instructions from Adam Lambert as to how many

10 copies to be made?

11 **A.**   I asked Anne how many copies, and she said Adam said one.

12         **THE COURT:**  So you don't know of your own knowledge?

13         **THE WITNESS:**  Not directly from Adam.

14 BY MR. KOERNER:

15 **Q.**   Were you on the phone at the same time that the

16 conversation with --

17         **MR. LAMBERT:**  Objection, Your Honor.  The answer she

18 answered was hearsay already, and he is trying to elicit more

19 hearsay.

20         **THE COURT:**  Sustained.

21 BY MR. KOERNER:

22 **Q.**   Were you on the phone during any kind of conversation that

23 Anne was having with Adam Lambert?

24 **A.**   I was on the phone with Anne when Adam called her but did

25 not hear the conversation.

1   **Q.**   You were instructed to do how many copies?

2   **A.**   One.

3   **Q.**   Did you think that was strange?

4   **A.**   Yes.

5             **THE COURT:**  Did you notify Mr. Koerner?

6             **THE WITNESS:**  I did not speak to Mr. Koerner the

7   entire time he was gone.

8             **THE COURT:**  Why?

9             **THE WITNESS:**  I didn't know he could receive phone

10  calls.

11            **THE COURT:**  Why couldn't he receive phone calls?

12            **THE WITNESS:**  No, I didn't know.  I just knew --

13            **THE COURT:**  Why did you think he couldn't?

14            **THE WITNESS:**  I just knew he was on vacation, so I

15  spoke to Anne for everything I needed.

16            **THE COURT:**  So you knew he was away?

17            **THE WITNESS:**  Yes.

18            **THE COURT:**  Even though he had a trial scheduled?

19            **THE WITNESS:**  Yes.

20  **BY MR. KOERNER:**

21  **Q.**   What was your understanding of how Mr. Hessler was

22  supposed to get copies?

23  **A.**   At first I didn't know he was supposed to get copies until

24  Rhonda called and asked about their copy.

25  **Q.**   That's his secretary.

10:55

**A.**   Okay.  I didn't know.

**Q.**   You talked back and forth with Rhonda?

**A.**   I spoke with her the time she called, and then I called her back after speaking with Anne.

**Q.**   What was your understanding of how they were supposed to get copies?

**A.**   Anne told me that we were to give them digital copies.

        **THE COURT:**  Give who?

        **THE WITNESS:**  Mr. Hessler's office.

        **THE COURT:**  What date was this?  Was it after or before September 23?

        **THE WITNESS:**  After.

        **MR. KOERNER:**  No further questions.

        **THE COURT:**  Anything else?

        **MR. LAMBERT:**  I have one question.

        **THE COURT:**  Go ahead.

                  **CROSS-EXAMINATION**

**BY MR. LAMBERT:**

**Q.**   Did Mr. Koerner ever give you any instruction on --

        **THE COURT:**  Excuse me.  Don't interrupt Mr. Lambert.

**BY MR. LAMBERT:**

**Q.**   Did Mr. Koerner ever give you any instruction on how to print the benchbook, who to deliver it to?

**A.**   No.  That was in the e-mails.

**Q.**   Who is your supervising attorney?

10:56

1   **A.**   Well, Mr. Koerner.

2            **MR. LAMBERT:**  Thank you.

3            **THE COURT:**  Mr. Koerner, you're being prompted by

4   your colleague.  Do you have brief re-examination?

5            **MR. KOERNER:**  No, I do not.

6            **THE COURT:**  I take it the prompting didn't work.

7                 Thank you very much for being here, ma'am.

8            **THE WITNESS:**  Thank you.

9            **THE COURT:**  Do you all have any witnesses?

10           **MR. LAMBERT:**  No, Your Honor.

11           **THE COURT:**  The matter is under submission.  I will

12  get out a decision within the next 48 hours.  Thank you all for

13  being here.  Court is adjourned.

14           **THE DEPUTY CLERK:**  All rise.

15           (Proceedings adjourned.)

16                          * * *

17                       <u>**CERTIFICATE**</u>

18           I, Toni Doyle Tusa, CCR, FCRR, Official Court

19  Reporter for the United States District Court, Eastern District

20  of Louisiana, certify that the foregoing is a true and correct

21  transcript, to the best of my ability and understanding, from

22  the record of proceedings in the above-entitled matter.

23

24

25                              *s/ Toni Doyle Tusa*
                                Toni Doyle Tusa, CCR, FCRR
                                Official Court Reporter

BY MR. KOERNER: [9]  14/15 14/20
17/2 17/20 18/7 25/2 25/13 25/20
26/19
BY MR. LAMBERT: [4]  20/22 23/15
27/17 27/20
MR. HESSLER: [9]  11/15 11/23 12/3
12/10 12/12 12/14 12/18 12/25 13/4
MR. KOERNER: [38]
MR. LAMBERT: [14]  4/8 9/16 9/18
9/21 9/25 10/9 10/11 11/20 20/19
23/11 25/16 27/14 28/1 28/9
MS. DAZET: [5]  4/9 10/14 10/20 11/3
13/20
THE COURT: [106]
THE DEPUTY CLERK: [4]  4/3 14/10
24/23 28/13
THE WITNESS: [37]

## 1

10 minutes [1]  7/25
102 [1]  1/22
11 [1]  20/10
14-CV-2015 [1]  1/4

## 2

20 minutes [1]  13/17
2015 [2]  1/4 4/4
2016 [3]  1/6 4/2 20/11
221 [1]  1/19
23 [4]  16/12 17/10 20/11 27/11
25th [1]  17/16
26th [1]  17/16
275 [1]  2/1
2802 [1]  1/22

## 3

30 minutes [1]  4/17
300 [1]  7/25
3531 [1]  1/17

## 4

4297 [1]  1/14
48 [1]  28/12

## 5

500 [1]  2/1
504 [1]  2/2
589-7778 [1]  2/2

## 7

70119 [1]  1/22
70130 [1]  2/2
70131 [1]  1/17
70361 [1]  1/15
70433 [1]  1/20
7778 [1]  2/2

## A

A-N-N-E [1]  14/13
ability [1]  28/21
able [1]  7/22
about [21]  11/1 11/2 11/19 12/8 13/23
15/5 15/8 15/11 15/15 15/17 17/5
17/23 18/9 18/17 19/9 19/16 20/5
21/22 22/5 23/13 26/24
above [1]  28/22
above-entitled [2]  28/22
abroad [1]  24/4
According [1]  16/19

acknowledged [1]  10/25
acting [1]  4/11
Action [1]  4/4
Action 14-2015 [1]  4/4
actions [1]  11/10
ADAM [24]  1/16 4/9 6/4 8/3 8/10 8/15
8/25 9/1 9/2 14/23 15/3 15/10 16/9
17/7 18/14 18/15 18/16 18/24 20/3
25/9 25/11 25/13 25/23 25/24
add [2]  13/4 19/21
adjourned [2]  28/13 28/15
admission [1]  8/9
admit [1]  21/1
affidavit [1]  10/13
afraid [3]  15/18 16/23 16/24
after [11]  13/22 17/7 17/15 17/17 18/3
20/16 21/22 23/17 27/4 27/10 27/12
agree [2]  17/19 18/7
agreed [3]  5/5 19/2 19/13
agreement [1]  22/25
ahead [1]  27/16
aided [1]  2/7
al [2]  1/6 4/5
all [15]  4/20 7/21 8/2 9/18 11/11 12/4
12/17 13/22 17/11 18/3 19/18 20/24
28/9 28/12 28/14
allegedly [1]  22/22
almost [1]  7/21
already [3]  9/10 9/13 25/18
also [1]  12/6
always [1]  7/6
Anne [11]  8/1 8/15 13/12 14/9 14/13
25/11 25/23 25/24 26/15 27/4 27/7
another [4]  12/6 13/18 23/1 23/14
answer [1]  25/17
answered [1]  25/18
any [20]  5/10 8/4 8/12 11/1 11/3 12/3
19/1 19/2 19/6 19/7 19/12 19/20
19/20 19/22 23/3 25/22 27/19 27/22
28/9
anyone [1]  14/6
anything [11]  4/17 4/18 10/11 13/3 17/1
17/20 19/16 20/1 23/11 24/12 27/14
appearances [2]  1/12 4/6
appreciate [2]  12/5 22/21
are [20]  4/21 5/18 5/24 8/2 8/4 8/23 9/8
9/18 11/17 13/11 13/12 19/1 19/6 19/9
19/11 19/20 19/22 19/25 20/5 25/4
argument [1]  5/20
as [15]  4/13 5/7 5/8 5/8 5/18 10/1 10/6
10/22 11/10 12/24 14/10 15/10 16/13
24/23 25/9
ask [7]  7/13 11/12 12/3 14/19 18/14
21/17 23/12
asked [6]  6/25 9/9 18/10 21/22 25/11
26/24
asking [3]  19/9 19/11 22/15
assembled [1]  11/7
assembling [2]  10/23 25/6
assembling/gathering [1]  10/23
at [10]  4/19 5/23 11/25 13/25 15/18
18/1 18/13 24/10 25/15 26/23
attention [1]  20/13
attorney [3]  12/2 12/21 27/25
attorneys [1]  11/10
Avenue [1]  1/22
aware [9]  15/21 15/24 15/24 16/1 16/9
19/11 19/16 19/20 19/22
away [4]  18/4 18/5 18/25 26/16

## B

B-275 [1]  2/1
back [10]  5/13 5/18 13/13 14/25 18/24
21/16 21/23 23/6 27/2 27/4
baffled [1]  8/7
basically [2]  6/4 19/8
batch [2]  5/22 9/11
Bates [4]  22/18 22/19 22/20 23/1
Bates-stamp [1]  22/18
Bates-stamped [2]  22/19 22/20
be [14]  4/12 4/19 10/21 11/7 13/19
15/16 16/23 16/25 21/5 21/14 22/24
23/1 24/6 25/10
bearing [1]  11/11
because [17]  4/21 5/17 6/11 7/2 7/14
7/14 7/17 8/18 10/4 16/16 18/15 18/20
19/17 22/17 23/7 27/23
been [7]  5/2 5/4 14/10 14/20 20/19
24/6 24/23
before [7]  1/9 12/3 15/1 15/21 16/22
20/1 27/11
behalf [2]  4/7 4/10
being [5]  4/13 13/6 28/3 28/7 28/13
belief [1]  10/8
believe [2]  12/1 13/23
benchbook [21]  4/24 7/1 7/5 7/5 7/8 8/5
9/21 10/23 15/5 16/13 16/14 16/18
17/5 17/10 18/11 18/18 19/3 19/14
21/5 21/18 22/7 27/23
benchbooks [1]  7/7
best [1]  28/21
better [1]  7/20
biggest [1]  11/9
bit [1]  23/12
blame [1]  5/8
blameless [1]  10/18
blinking [1]  18/13
book [3]  22/16 22/23 22/24
books [1]  11/7
bouncing [1]  23/6
both [2]  10/24 24/9
Box [1]  1/14
brief [2]  24/12 28/4
briefly [3]  5/12 14/1 23/14
bring [2]  5/22 20/12
brought [3]  5/6 6/10 12/6
but [13]  5/5 6/12 6/23 11/5 12/9 16/24
17/19 18/6 19/17 19/21 22/21 22/25
25/24

## C

calendar [1]  16/2
call [8]  4/3 9/13 14/2 16/15 17/4 18/23
22/5 24/15
called [15]  9/11 10/2 10/19 15/13 17/9
17/25 18/24 21/11 21/16 21/17 21/23
25/24 26/24 27/3 27/3
calling [1]  18/14
calls [2]  26/10 26/11
can [8]  5/8 9/8 9/13 11/13 12/20 20/18
21/4 24/19
capacity [1]  11/25
Caribbean [1]  7/22
case [17]  4/3 4/14 4/21 5/1 5/7 6/10
6/21 8/3 8/10 8/11 10/21 11/12 11/20
12/8 12/25 18/1 24/3
cause [2]  1/9 4/12
CCR [3]  2/1 28/18 28/25
cell [2]  15/13 17/8

## C

certainly [1]  12/9
CERTIFICATE [1]  28/17
certify [1]  28/20
chambers [1]  21/13
charge [2]  6/5 6/7
CHELSEA [3]  1/19 4/10 15/4
civil [3]  4/4 4/12 5/1
civilian [1]  11/25
claims [1]  12/17
clerical [2]  6/12 6/14
clerk [4]  6/25 7/3 7/23 25/4
client [4]  8/19 8/22 11/11 11/14
co [2]  4/8 10/24
co-counsel [2]  4/8 10/24
colleague [1]  28/4
comfortable [1]  10/7
comments [1]  11/1
commitment [2]  13/18 23/15
communicate [2]  21/3 23/2
communicating [1]  23/10
communications [1]  13/1
computer [4]  2/7 15/15 15/20 21/24
computer-aided [1]  2/7
concerned [2]  5/19 11/19
conduct [1]  5/11
confirms [2]  19/2 19/7
conflicted [1]  7/18
connection [2]  7/9 7/21
contacting [1]  12/24
contempt [3]  4/12 5/25 11/13
continuance [1]  7/13
continue [2]  4/14 11/13
continued [2]  8/17 8/18
contradicts [1]  19/23
control [1]  15/16
conversation [13]  13/22 15/8 15/14
15/22 17/22 18/9 19/1 19/7 19/12
19/20 25/16 25/22 25/25
conversations [4]  11/5 13/16 14/25
15/2
copies [14]  7/25 8/6 17/5 18/12 18/15
18/18 22/6 25/10 25/11 26/1 26/22
26/23 27/6 27/7
copy [3]  22/19 22/20 26/24
correct [10]  10/8 10/9 10/10 11/21
11/23 14/11 21/2 21/19 24/24 28/20
could [2]  4/14 26/9
couldn't [3]  7/24 26/11 26/13
counsel [10]  4/6 4/8 4/14 4/23 6/25 7/6
9/25 10/4 10/24 12/24
counterpoint [1]  12/2
country [2]  5/5 23/9
court [27]  1/1 2/1 4/13 4/13 5/5 5/14
5/16 5/25 7/3 7/12 7/13 8/19 8/22 9/13
10/2 10/7 10/9 11/12 14/20 16/16
18/11 18/25 24/19 28/13 28/18 28/19
28/25
courtesy [1]  9/24
Covington [1]  1/20
CROSS [2]  20/22 27/17
CROSS-EXAMINATION [2]  20/22
27/17
CRUZ [7]  1/4 1/13 1/16 1/19 4/4 11/11
18/1
Cruz' [1]  10/18
CV [1]  1/4

## D

dare [1]  5/22

## E

date [10]  5/6 16/11 16/12 17/13 17/14
17/15 17/20 18/25 27/2
dates [1]  16/2
dating [2]  23/21 23/23
days [1]  15/1
DAZET [6]  1/19 4/10 5/8 5/9 12/21
15/4
deadlines [1]  21/22
deal [1]  12/10
December [2]  1/6 4/2
decided [1]  24/3
decision [1]  28/12
declaration [1]  10/16
defendant [3]  4/23 11/20 11/25
defense [2]  9/25 12/24
delays [2]  4/13 5/10
delegated [1]  6/16
deliver [3]  21/5 21/6 27/23
delivering [1]  21/7
Department [1]  11/23
detailed [1]  5/13
did [34]
didn't [11]  6/25 8/13 10/6 15/18 23/2
23/20 26/9 26/12 26/23 27/1 28/6
digital [1]  27/7
dilemma [1]  12/5
Dimitri [1]  11/22
DIRECT [2]  14/15 25/2
directly [1]  25/13
discharge [1]  9/24
discharged [1]  8/21
discuss [1]  14/6
discussions [1]  14/17
dismiss [2]  10/21 11/12
DISTRICT [5]  1/1 1/2 1/10 28/19 28/19
do [33]
documents [1]  12/7
does [2]  7/1 20/12
Dominica [1]  24/4
Dominique [1]  6/20
don't [18]  4/17 6/12 7/4 9/9 9/17 12/19
15/11 15/15 17/14 17/18 18/6 18/15
20/5 20/9 23/22 24/10 25/12 27/20
done [5]  12/22 15/12 15/14 15/16
15/19
down [2]  10/20 11/11
Doyle [4]  2/1 28/18 28/24 28/25
dozens [2]  20/24 20/24
Dropbox [2]  6/8 16/6
due [5]  17/10 17/15 17/17 18/3 20/16
duly [2]  14/10 24/23
during [4]  5/2 12/8 20/25 25/22
duty [1]  7/2

## E

e-mail [5]  16/6 21/3 21/4 23/2 23/3
e-mailed [1]  16/6
e-mails [10]  5/13 14/25 15/4 19/25
19/25 20/24 21/1 23/5 23/6 27/24
earlier [1]  21/8
East [1]  1/19
EASTERN [2]  1/2 28/19
eight [1]  24/6
ELADIO [5]  1/4 1/13 1/16 1/19 4/4
electronic [1]  8/5
elicit [1]  25/18
else [8]  10/11 13/3 17/1 17/20 20/1
23/11 24/12 27/14
emphasize [1]  10/17
end [1]  12/21

## E (continued)

ended [1]  18/23
entered [1]  24/3
entire [1]  26/7
entitled [1]  28/22
ERIC [2]  1/21 13/22
especially [1]  12/8
ESQ [4]  1/14 1/16 1/19 1/21
et [2]  1/6 4/5
et al [1]  4/5
even [6]  5/2 7/17 7/18 10/3 24/3 26/18
ever [4]  21/4 24/5 27/19 27/22
everybody [2]  5/12 7/7
everything [9]  9/10 10/12 12/22 13/13
13/15 15/11 15/14 15/16 15/19 20/19
26/15
exactly [1]  10/10
examination [5]  14/15 20/22 25/2 27/17
28/4
examine [2]  20/1 20/18
exchange [3]  4/25 19/3 19/14
exchanges [1]  9/25
Excuse [1]  27/20
exhibit [1]  9/25
exhibits [22]  4/24 4/25 5/18 6/5 6/7 6/8
6/17 6/17 11/6 14/22 14/23 15/6 16/5
16/6 16/13 16/14 19/4 19/14 19/18
20/4 20/15 25/7
expected [1]  7/20
experienced [3]  7/6 10/9 20/8
expert [1]  6/11
explanation [1]  5/4
extension [1]  16/24
extra [1]  7/25

## F

fact [1]  10/1
facts [1]  10/16
failure [1]  4/22
familiar [2]  4/16 6/2
far [2]  5/8 9/11
fault [4]  9/1 9/2 10/18 10/25
FCRR [3]  2/1 28/18 28/25
federal [6]  6/11 10/7 10/9 20/8
feel [2]  10/6 24/8
FELDMAN [1]  1/10
fell [2]  7/9 7/11
female [1]  12/21
file [1]  25/4
filed [1]  7/21
filter [1]  11/11
find [2]  12/16 21/4
finished [1]  6/2
Firm [1]  1/13
first [1]  26/23
FISA [1]  7/2
five [1]  14/8
follows [2]  14/10 24/23
foregoing [1]  28/20
forth [5]  5/13 5/18 13/13 14/25 27/2
Friday [1]  16/12
frivolous [1]  8/8
front [4]  15/11 17/14 17/19 18/6
full [2]  14/11 24/24
FULTON [5]  1/6 1/21 4/5 11/22 11/24
further [1]  27/13

## G

game [2]  15/15 21/24
gather [1]  11/6

**G**

gathering [2]  10/23 19/18
get [11]  9/24 12/22 16/25 18/11 18/25
18/25 24/18 26/22 26/23 27/6 28/12
getting [4]  16/13 20/15 23/5 23/5
girlfriend [1]  23/20
give [6]  7/25 8/5 27/7 27/8 27/19 27/22
given [3]  4/24 5/4 5/14
go [5]  15/15 23/20 24/4 24/18 27/16
going [16]  5/24 8/4 8/12 9/21 11/18
14/2 14/3 16/14 16/25 18/6 21/5 21/9
21/14 22/18 22/19 23/6
gone [1]  26/7
Good [1]  10/15

**H**

had [17]  5/2 7/8 7/9 7/14 7/17 8/19
8/19 15/13 16/1 16/5 16/6 16/6 19/2
22/17 22/25 23/21 26/18
hand [1]  8/24
handicapped [1]  5/11
handle [1]  6/16
handled [4]  6/8 11/20 13/13 13/15
happened [3]  11/9 13/22 17/22
happy [1]  4/19
hard [1]  7/9
has [5]  5/4 14/19 19/21 19/21 20/19
have [44]
haven't [1]  10/19
having [4]  14/10 23/10 24/23 25/23
he [49]
hear [13]  4/17 4/18 4/20 5/12 9/3 9/5
11/15 11/17 12/3 13/20 14/1 20/16
25/25
heard [4]  12/2 12/4 14/17 19/8
HEARING [1]  1/9
hearsay [2]  25/18 25/19
help [2]  11/14 12/6
her [9]  14/19 20/12 20/18 23/12 23/23
24/18 25/24 27/3 27/4
here [12]  4/11 4/21 8/1 8/23 10/2 11/16
13/6 14/7 14/17 24/21 28/7 28/13
HESSLER [10]  1/21 7/6 10/2 10/4
11/15 13/23 21/18 22/2 22/17 26/21
Hessler's [3]  13/14 13/15 27/9
him [5]  10/3 10/22 11/3 12/9 24/6
his [6]  10/3 11/2 11/12 19/4 19/25
26/25
hold [1]  11/13
Honor [13]  4/9 9/7 9/17 10/10 10/12
10/15 11/16 11/21 13/5 13/8 20/20
25/17 28/10
HONORABLE [1]  1/10
Houma [2]  1/15 17/25
hours [1]  28/12
how [17]  4/19 5/16 5/22 5/24 14/24
17/5 18/12 18/15 18/17 20/9 22/6 25/9
25/11 26/1 26/21 27/5 27/22
hung [2]  18/16 22/4

**I**

I'll [2]  5/12 14/1
I'm [17]  4/16 5/24 6/2 7/6 11/18 11/19
14/2 15/17 15/18 15/18 16/16 17/25
18/6 19/11 19/16 19/25 22/15
I've [2]  5/14 24/5
idea [1]  23/19
if [2]  9/6 24/19
ill [1]  7/15

**illuminate** [2]  5/14 5/16
imposed [1]  4/12
improper [1]  5/1
in [54]
inactions [1]  11/10
including [1]  9/11
INDEX [1]  3/1
initiate [1]  4/22
insofar [1]  5/18
instructed [3]  7/25 14/6 26/1
instruction [2]  27/19 27/22
instructions [2]  8/2 25/9
intentionally [1]  13/24
internally [1]  12/19
internet [2]  7/8 7/21
interpreter [1]  5/1
interrupt [1]  27/20
into [3]  5/7 16/5 24/3
involved [2]  8/8 25/6
is [48]
Isn't [1]  22/3
it [45]
it's [8]  6/14 9/1 9/2 14/4 19/15 20/18
22/15 22/21

**J**

job [4]  10/5 21/5 21/6 21/14
JR [2]  1/14 4/7
JUDGE [3]  1/10 7/1 19/23
Judge's [1]  21/13
judgment [1]  12/23
jumped [1]  16/25
just [27]  6/2 6/13 8/14 10/15 10/17 11/2
11/10 12/20 14/19 18/19 18/20 18/22
18/24 20/19 22/8 22/9 22/12 22/12
22/13 22/13 23/4 23/6 23/10 23/21
23/22 26/12 26/14

**K**

kind [2]  22/25 25/22
Kirkland [1]  1/19
KLF [1]  20/10
KLF-11 [1]  20/10
knew [7]  6/21 6/24 7/18 16/22 26/12
26/14 26/16
know [7]  7/4 9/9 9/17 12/19 14/24
18/15 20/5 20/6 20/9 22/6 23/22 24/10
25/12 26/9 26/12 26/23 27/1
knowledge [3]  11/4 13/21 25/12
Koerner [35]
Koerner Jr [1]  4/7
Koerner's [6]  5/11 10/5 11/7 12/11 13/2
19/25

**L**

L-A-U-R-A [1]  25/1
L.C [1]  1/10
LAMBERT [36]
Lambert's [6]  8/10 9/1 9/2 12/17 19/6
19/13
last [1]  5/23
late [4]  9/8 16/23 16/25 19/21
later [1]  22/20
Laura [15]  8/1 13/12 17/4 17/8 17/25
18/10 18/16 18/24 22/4 22/6 22/13
24/13 24/15 24/22 25/1
law [4]  1/13 6/25 7/3 7/23
laws [1]  10/16
lawyers [1]  11/17

**lead** [1]  11/3
let [10]  4/18 9/3 9/5 11/15 11/17 12/3
13/20 20/21 20/16 21/17
like [2]  9/6 23/12
limited [1]  11/4
litigating [1]  10/7
litigation [3]  6/11 8/9 10/9
litigator [1]  20/9
little [2]  7/8 23/12
looked [1]  18/13
looking [1]  15/18
lot [1]  21/1
LOUIS [3]  1/14 4/7 16/14
LOUISIANA [7]  1/2 1/15 1/17 1/20 1/22
2/2 28/20

**M**

ma'am [4]  10/14 14/7 24/21 28/7
made [2]  5/2 25/10
mail [5]  16/6 21/3 21/4 23/2 23/3
mailed [1]  16/6
mails [10]  5/13 14/25 15/4 19/25 19/25
20/24 21/1 23/5 23/6 27/24
mainly [1]  21/3
make [4]  6/13 8/4 8/12 9/13
manner [1]  11/19
many [8]  17/5 18/12 18/15 18/17 22/6
25/9 25/11 26/1
MARTIN [1]  1/10
material [1]  9/12
matter [4]  10/1 14/6 28/11 28/22
may [5]  9/13 14/14 16/7 24/3 24/6
maybe [1]  13/24
me [28]  4/18 5/20 5/24 8/16 9/3 9/5 9/9
11/13 11/15 11/17 12/3 12/6 13/20
15/11 17/14 17/19 18/6 18/10 20/16
21/11 21/16 21/17 21/23 22/7
23/4 27/7 27/20
mechanical [1]  2/6
meetings [1]  4/22
memorandum [1]  10/17
mentioned [1]  21/8
mentioning [1]  13/25
message [1]  15/10
met [1]  8/20
might [2]  12/8 19/21
minor [2]  8/3 8/11
minute [1]  5/23
minutes [5]  4/17 7/25 13/17 14/8 17/23
moment [1]  4/19
Monday [3]  15/9 17/8 17/12
money [2]  8/4 8/12
more [2]  18/21 25/18
morning [4]  10/15 17/7 17/8 22/4
Mr [3]  12/20 20/13 23/4
Mr. [71]
Mr. Cruz [1]  11/11
Mr. Cruz' [1]  10/18
Mr. Hessler [9]  7/6 10/2 10/4 11/15
13/23 21/18 22/2 22/17 26/21
Mr. Hessler's [3]  13/14 13/15 27/9
Mr. Koerner [30]
Mr. Koerner's [6]  5/11 10/5 11/7 12/11
13/2 19/25
Mr. Lambert [19]  5/8 5/9 9/3 9/5 9/16
11/2 11/6 12/7 12/14 13/4 16/3 16/5
19/2 19/8 19/13 19/17 19/23 20/17
27/20
Mr. Lambert's [2]  19/6 19/13

**M**

Ms [1]  14/14
Ms. [7]  5/8 5/9 12/21 20/2 23/22 24/16 24/19
Ms. Dazet [3]  5/8 5/9 12/21
Ms. Parr [3]  20/2 24/16 24/19
Ms. Sue [1]  23/22
much [2]  13/6 28/7
my [31]
myself [2]  4/8 4/10

**N**

name [2]  14/11 24/24
need [3]  7/1 15/12 18/1
needed [4]  10/13 18/10 18/21 26/15
needs [1]  15/16
never [6]  8/20 9/22 10/2 10/3 10/3 21/20
new [8]  1/17 1/22 2/2 4/17 9/12 11/23 17/5 23/20
New Orleans [2]  11/23 17/5
next [3]  17/7 22/4 28/12
night [2]  15/9 17/8
nightmare [1]  11/10
no [22]  4/24 4/25 7/16 7/18 8/10 9/19 9/22 10/1 10/12 12/15 13/5 13/19 18/22 21/6 22/4 23/19 24/1 26/12 27/13 27/24 28/5 28/10
none [2]  10/17 13/24
not [44]
nothing [2]  9/12 15/16
notify [2]  7/12 26/5
now [8]  5/7 8/23 11/3 12/17 13/17 17/4 18/15 20/21
number [1]  7/23

**O**

oath [1]  11/18
Objection [1]  25/17
obligation [2]  8/19 8/22
occasions [1]  7/23
odd [7]  21/19 22/10 22/11 22/16 22/22 22/24 23/4
off [3]  15/14 15/19 21/24
offer [1]  20/10
office [18]  1/14 6/8 6/9 6/18 7/24 8/25 10/3 11/8 12/11 13/2 13/14 13/15 17/5 17/25 20/25 21/1 25/4 27/9
Official [3]  2/1 28/18 28/25
Oh [2]  18/17 22/6
Okay [11]  5/21 6/1 6/4 6/16 7/4 7/20 9/3 9/15 20/7 20/10 27/1
on [27]  4/7 4/10 4/11 6/8 7/2 7/23 8/24 10/16 10/19 12/19 12/22 15/3 15/9 16/2 16/25 17/7 17/8 17/8 21/3 21/22 23/20 25/15 25/22 25/24 26/14 27/19 27/22
once [2]  15/4 22/12
one [28]  4/8 11/11 14/2 14/2 14/2 16/7 18/19 18/20 18/22 18/25 18/25 21/4 22/2 22/2 22/7 22/8 22/9 22/12 22/13 22/14 22/16 22/23 22/24 23/1 23/4 25/11 26/2 27/15
only [8]  4/17 5/4 11/24 22/2 22/16 22/22 22/24 23/4
or [18]  7/5 7/14 7/17 8/22 8/22 10/8 11/10 15/4 19/1 19/7 19/12 19/20 21/6 22/19 23/6 23/7 24/4 27/10
oral [1]  19/12

order [6]  4/23 15/17 16/2 17/18 18/6 21/3
ordered [1]  21/18
Orleans [5]  1/17 1/22 2/2 11/23 17/5
other [6]  4/24 5/14 8/5 8/24 14/2 14/5
our [2]  11/11 21/6
out [6]  5/5 9/25 20/24 20/25 21/1 23/3 23/9 28/12
outside [2]  14/3 14/5
Over [1]  6/17
own [2]  9/24 25/12

**P**

P-A-R-R [1]  14/13
Page [1]  3/2
pages [1]  7/25
paper [6]  19/2 19/7 19/12 19/20 19/22 19/23
papers [7]  4/16 4/18 5/9 5/22 6/3 9/10 20/6
Pardon [2]  13/9 24/14
Parr [9]  8/1 8/15 13/12 14/9 14/13 14/14 20/2 24/16 24/19
part [1]  11/5
participate [2]  8/17 8/18
particularly [1]  20/10
parties [1]  12/5
Paul [1]  11/22
people [1]  13/13
permit [1]  5/24
personal [2]  11/4 13/21
phase [1]  12/8
phone [13]  5/13 15/13 17/4 17/8 18/13 18/13 18/23 21/13 25/15 25/22 25/24 26/9 26/11
piece [5]  19/2 19/7 19/12 19/20 19/22
pieces [1]  19/22
place [4]  1/17 13/16 15/1 17/11
plaintiffs [1]  4/8
pleadings [2]  7/22 10/22
please [6]  4/3 9/7 14/7 14/12 24/13 24/25
Plymouth [1]  1/17
point [3]  12/2 13/25 24/10
Police [1]  1/14
position [1]  20/18
Post [1]  1/14
Poydras [1]  2/1
preparation [3]  4/22 12/25 19/3
prepare [6]  4/15 4/23 8/5 12/6 12/7 14/22
prepared [1]  7/21
preparing [2]  7/14 14/23
present [1]  13/16
pressure [1]  12/22
pretrial [2]  5/6 6/24
print [8]  21/5 21/6 22/2 22/2 22/16 22/23 23/4 27/23
printed [2]  22/24 23/1
printing [6]  19/10 19/17 19/17 21/6 21/18 25/6
prior [2]  19/2 19/9
privy [2]  19/1 19/25
probably [2]  10/22 16/15
problem [1]  13/19
problems [1]  7/13
proceeding [1]  14/5
proceedings [4]  2/6 4/1 28/15 28/22
profession [1]  8/22
professional [3]  6/15 9/24 12/23

proffer [4]  9/6 9/8 9/13 14/14
proffered [1]  9/6
prompted [1]  28/3
prompting [1]  28/6
proper [1]  5/2
protect [1]  11/13
prove [1]  20/9
provide [5]  7/5 7/5 7/6 22/19 22/19
provided [1]  6/17
put [7]  6/8 11/6 11/18 12/5 16/5 16/17

**Q**

question [5]  19/15 19/19 22/15 22/21 27/15
questioned [1]  22/12
questions [3]  12/3 14/19 27/13

**R**

ran [1]  5/18
random [1]  23/6
rarely [1]  24/5
re [1]  28/4
re-examination [1]  28/4
read [5]  10/22 16/7 16/13 19/24 20/14
really [1]  24/8
receive [3]  17/4 26/9 26/11
received [2]  8/2 16/1
receptionist [1]  25/4
record [3]  14/12 24/25 28/22
recorded [1]  2/6
reference [1]  5/17
repeated [1]  4/18
reply [1]  10/17
Reporter [3]  2/1 28/19 28/25
represent [1]  11/20
represented [1]  11/24
request [2]  5/1 5/2
required [1]  4/14
respond [1]  21/14
response [1]  22/21
responsibility [7]  10/24 11/2 12/18 14/22 19/4 19/5 19/14
responsible [4]  5/10 9/18 12/24 16/4
result [1]  4/13
resulted [1]  4/13
returned [2]  16/20 16/21
returns [1]  16/15
Rhonda [3]  13/14 26/24 27/2
right [5]  8/23 8/24 11/16 18/15 18/25
rise [1]  28/14
Room [1]  2/1
routinely [1]  20/25
rule [1]  4/11

**S**

S-A-V-O-I-E [1]  25/1
said [40]
Saints [2]  15/15 21/24
same [1]  25/15
Sara [2]  8/1 13/15
Savoie [7]  8/1 13/12 17/4 24/13 24/15 24/22 25/1
say [10]  8/13 10/13 11/9 13/23 16/16 19/8 20/12 21/14 21/21 22/1
saying [3]  15/10 16/6 23/3
says [4]  16/10 16/13 20/3 20/14
schedule [7]  5/6 6/22 6/24 7/18 15/21 16/22 23/25
scheduled [4]  23/17 23/18 24/10 26/18

**S**

scheduling [5] 15/17 16/2 17/18 18/6 21/23
second [1] 24/6
secretary [1] 26/1
section [2] 1/5 16/7
see [1] 4/19
send [1] 23/3
sends [2] 20/25 21/1
sent [2] 15/10 16/6
separate [1] 14/2
September [4] 16/12 17/10 20/11 27/11
September 23 [3] 16/12 17/10 27/11
several [4] 15/3 18/17 19/22 22/5
shame [1] 24/8
she [10] 6/25 14/19 18/1 18/10 18/12 20/14 20/21 25/11 25/17 27/3
shift [1] 5/8
shifting [1] 11/3
should [4] 4/12 13/19 16/15 21/24
show [3] 1/9 4/12 5/18
side [3] 4/25 5/15 8/5
simple [2] 19/15 22/15
since [2] 12/16 23/2
sir [12] 8/10 9/19 9/22 10/1 12/13 12/15 13/5 15/7 15/23 17/19 19/9 24/1
Sit [1] 10/20
so [18] 4/14 4/18 8/8 9/1 9/11 11/13 16/17 16/25 17/22 18/16 18/24 18/25 22/1 22/13 24/20 25/12 26/14 26/16
so-called [1] 9/11
software [1] 2/7
solely [1] 13/1
some [1] 22/25
someone [2] 16/15 16/16
something [6] 9/9 10/23 13/25 15/11 15/18 20/9
sorry [1] 24/8
South [1] 7/22
speak [3] 12/7 12/20 26/6
speaking [2] 17/7 27/4
specifically [1] 5/17
spelling [2] 14/12 24/25
spoke [7] 6/25 10/3 10/3 12/20 15/3 26/15 27/3
spoken [2] 12/9 22/17
stamp [1] 22/18
stamped [2] 22/19 22/20
stamps [1] 23/1
start [2] 16/13 20/15
started [2] 23/21 23/22
State [2] 14/11 24/24
stated [1] 10/25
STATES [3] 1/1 1/10 28/19
stay [1] 24/19
stenography [1] 2/6
step [3] 14/5 14/7 24/21
still [1] 4/8
stomach [1] 24/20
stop [4] 15/20 21/18 21/25 22/1
strange [2] 12/16 26/3
Street [2] 1/19 2/1
stress [1] 10/17
submission [1] 28/11
submit [1] 10/16
submitted [1] 9/12
Sue [1] 23/22
Suite [1] 1/22
supervising [1] 27/25

supposed [4] 16/17 26/22 26/23 27/5
Supposedly [1] 23/7
sure [2] 6/13 18/20
Sustained [1] 25/20
sworn [2] 14/10 24/23

**T**

take [4] 15/1 17/11 22/5 28/6
takes [2] 7/25 24/5
talk [2] 13/23 15/5
talked [7] 7/23 13/13 13/14 18/16 18/17 22/5 27/2
talking [2] 20/5 22/4
tell [10] 4/18 5/9 5/20 5/24 9/9 9/20 9/23 10/2 12/20 18/9
telling [1] 6/2
testified [3] 14/10 22/3 24/23
testimony [2] 23/24 24/2
text [5] 15/10 21/9 21/9 21/12 21/16
texted [3] 21/8 21/10 21/22
than [1] 9/12
Thank [8] 4/11 13/6 24/16 24/17 28/2 28/7 28/8 28/12
that [103]
that's [11] 4/18 5/23 6/14 7/3 8/24 9/10 10/10 11/21 19/8 24/8 26/25
their [1] 11/5 26/24
them [8] 6/8 8/5 9/8 11/6 15/5 20/1 22/18 27/7
then [6] 4/19 11/7 15/4 18/22 24/3 27/3
there [7] 4/22 4/24 4/25 4/25 12/6 15/4 16/24
these [4] 9/6 15/2 19/24 19/25
they [9] 5/10 5/17 8/2 9/8 12/5 13/11 13/12 23/6 27/5
things [1] 11/3 18/17 22/5
think [10] 5/14 10/12 10/24 13/24 20/3 22/16 22/22 23/3 26/3 26/13
this [41]
though [3] 7/18 24/3 26/18
thought [8] 6/10 18/20 21/19 22/10 22/10 22/17 22/24 22/25
three [4] 7/9 7/11 12/4 17/23
through [2] 19/24 23/7
thus [1] 9/10
time [6] 7/9 11/25 20/25 25/15 26/7 27/3
timely [3] 4/14 4/22 7/5
times [3] 7/9 7/11 15/3
together [6] 11/6 16/14 16/15 16/18 18/25 20/15
told [7] 6/8 6/17 7/4 8/15 16/3 19/23 21/21 22/1 22/2 22/7 22/13 22/22 23/4 27/7
Toni [4] 2/1 28/18 28/24 28/25
too [2] 16/16 21/8
took [2] 6/21 13/16
touch [1] 9/24
Towards [1] 12/21
town [1] 7/2
TRACY [5] 1/6 1/21 4/5 11/22 11/24
transcript [1] 28/21
transcription [1] 2/7
trial [14] 4/15 4/21 4/23 5/3 5/6 6/22 7/14 10/4 12/25 15/1 15/10 23/18 23/25 26/18
tried [1] 16/25
tries [1] 5/7
trip [1] 7/17
trouble [2] 7/14 23/10

true [2] 23/17 28/20
trying [2] 12/22 25/18
Tuesday [2] 17/8 17/12
Tulane [1] 1/22
turn [3] 15/14 15/19 21/24
Tusa [4] 2/1 28/18 28/24 28/25
twice [1] 15/4
two [3] 13/8 13/10 14/1
typical [1] 5/23

**U**

unaware [1] 23/25
under [3] 11/18 15/16 28/11
understand [3] 5/7 7/24 10/6
understanding [6] 11/5 19/18 19/19 26/21 27/5 28/21
understood [2] 14/23 16/24
unfair [1] 10/21
UNITED [3] 1/1 1/10 28/19
until [1] 26/23
untimely [2] 9/9 9/11
untrue [2] 19/8 20/19
up [6] 14/4 14/7 18/16 21/17 22/5 24/21
us [3] 8/1 13/24 18/9
using [1] 2/6

**V**

vacation [5] 23/13 23/17 23/20 24/7 26/14
vacations [1] 24/5
versus [1] 1/5
very [5] 7/8 10/21 13/6 19/15 28/7
via [1] 23/2
Vono [1] 13/15

**W**

wait [2] 14/3 18/14
waiting [1] 22/18
want [4] 4/17 4/17 11/9 13/3
wants [1] 22/6
was [90]
Washington [1] 7/2
wasn't [3] 7/24 10/4 11/5
watch [1] 15/15
watching [1] 21/24
way [1] 7/8
we [23] 4/21 7/4 7/6 8/2 8/4 11/10 12/22 13/22 15/12 15/13 15/18 16/1 18/2 18/10 18/17 18/20 19/17 21/3 22/5 22/18 22/19 23/10 27/7
week [3] 5/2 15/1 15/9
weekend [1] 6/17
Well [4] 12/4 13/17 23/24 28/1
went [3] 12/19 20/24 23/22
were [34]
what [28] 5/20 6/6 6/9 9/7 3 7/10 8/15 9/11 9/12 11/1 12/19 15/8 15/12 17/6 17/13 17/22 18/1 18/10 19/23 20/5 20/12 21/10 21/21 22/3 22/15 24/10 26/21 27/5 27/10
what's [3] 11/9 16/11 20/6
whatever [2] 8/25 23/7
when [14] 5/6 6/9 6/21 6/24 12/21 13/16 15/15 16/20 16/21 17/10 20/3 21/17 22/4 25/24
where [4] 6/19 17/25 21/4 22/25
wherein [1] 15/14
wherever [1] 24/4

**W**

whether [3]  8/21 10/8 19/11
which [6]  11/20 19/2 19/7 19/12 20/11
 21/13
while [2]  18/3 18/5
who [13]  5/18 8/1 8/19 11/25 12/10
 12/23 13/11 13/13 13/15 16/3 27/8
 27/23 27/25
wholly [2]  4/25 5/10
whom [1]  15/2
whose [2]  14/22 19/5
why [11]  4/12 6/25 7/1 7/4 7/24 8/22
 9/17 23/8 26/8 26/11 26/13
will [9]  4/19 5/16 10/2 14/5 16/13 17/19
 18/14 20/14 28/11
willing [1]  8/25
willingly [1]  24/2
within [2]  12/9 28/12
witness [2]  14/5 20/21
witnesses [5]  8/2 13/8 13/10 14/1 28/9
work [6]  6/12 6/14 6/15 9/25 22/1 28/6
working [3]  15/20 21/25 24/6
worried [1]  15/17
worry [1]  15/15
worth [1]  13/25
would [13]  5/14 9/6 9/23 10/15 10/17
 10/21 11/12 16/23 16/25 21/1 22/24
 23/1 23/12

**Y**

Y'all [1]  11/17
Yeah [1]  6/12
years [1]  24/6
yes [19]  6/23 9/2 12/13 14/18 15/7
 15/23 16/8 17/2 17/19 19/9 20/3 20/20
 22/9 22/13 25/5 25/8 26/4 26/17 26/19
yet [3]  8/17 10/19 16/22
you [156]
you're [3]  6/11 20/8 28/3
your [46]
Your Honor [11]  9/7 9/17 10/10 10/12
 10/15 11/16 11/21 13/5 20/20 25/17
 28/10